| | |
|---|---|
| 1 | STEVEN G. KALAR |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | ANGELA M. HANSEN<br>Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N<br>1301 Clay Street |
| 5 | Oakland, CA 94612<br>Telephone: (510) 637-3500 |
| 6 | Facsimile: (510) 637-3507<br>Email: Angela_Hansen@fd.org |

Counsel for Defendant WELCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELAUREN WELCH,<br><br>Defendant. | **Case No.:** CR 14-00257 JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING TO SEPTEMBER 11, 2019**<br><br>**Hearing Date:** July 24, 2019 |

The above-entitled matter is currently scheduled for July 24, 2019, at 10:30 a.m., for an appearance on a Form 12 Petition alleging that Mr. Welch violated the terms of his supervised release. Earlier today, the probation office shared additional information relevant to the allegations in the Form 12 Petition and defense counsel needs additional time to investigate this information before Mr. Welch can decide how to proceed on the allegations. For this reason, the parties stipulate and agree to continue the instant supervised release status conference so that the defense can obtain additional information as to the basis for these allegations.

Specifically, the parties request that the Court continue this case to September 11, 2019, at

STIP. TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING
*WELCH* 14-00257 JD

1

10:30 a.m., which will give the defense time to obtain information and to negotiate this case for a possible joint recommended disposition. The probation office is in agreement with this continuance and is available on the requested date. The parties are in agreement that the Speedy Trial Act does not apply.

IT IS SO STIPULATED.

Dated: July 24, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
ANGELA M. HANSEN
Assistant Federal Public Defender

Dated: July 24, 2019

DAVID ANDERSON
United States Attorney
Northern District of California

/S/
ANDREW BRIGGS
Assistant United States Attorney

STIP. TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING
*WELCH* 14-00257 JD

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELAUREN WELCH,<br><br>Defendant. | Case No.: CR 14-00257 JD<br><br>**[PROPOSED] ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING TO SEPTEMBER 11, 2019** |

For good cause shown, and upon the agreement of the parties and the probation office, the supervised release violation hearing scheduled for July 24, 2019, is vacated. The matter is continued to September 11, 2019, at 10:30 a.m.

IT IS SO ORDERED.

Dated: July 23, 2019 _____

THE HONORABLE JAMES DONATO
United States District Judge